IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 0 9 2006
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | |
|---|---|
| SHELIA E. MUBEIDIN, | ) |
| Plaintiff, | ) Civ. No. 7:05CV00794 |
| v. | ) |
| | ) **FINAL ORDER** |
| HOMECOMINGS FINANCIAL NETWORK, INC.; SEBRING CAPITAL PARTNERS, LLC; SOUTHERN TRUST MORTGAGE, LLC; and CRAMWELL, MOORE & BULLINGTON, PLC, | ) |
| | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is **ORDERED** that plaintiff's claims are **DISMISSED** with prejudice for lack of subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1367. This action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 9th day of January, 2006.

SENIOR UNITED STATES DISTRICT JUDGE